B. Indiviglio & Sons, a Copartnership Composed of Benjamin Indiviglio and Others, Respondents, v. Louis Joseph Miccio and Others, Defendants. Anderson Brick & Supply Co., Inc., Lienor, Appellant.— Order, so far as appealed from, unanimously modified by striking therefrom subdivision d of paragraph 11, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. The action was not a representative one and there was no warrant in law for a direction to pay plaintiff's attorney a counsel fee which would diminish the share of those lienors who had no contract with said attorney. Present — Martin, P. J.. Townley, Glennon, Cohn and Callahan, JJ. [See post, p. 918.]

Elvira Dunn, Appellant, v. Thomas E. Murray, as Receiver of Interborough Rapid Transit Company, Respondent.— Determination unanimously reversed, with costs to the appellant, and the judgment of the City Court of the City of New York, County of New York, affirmed. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

Frances G. Bartnett, as Executrix, etc., of Walter J. Bartnett, Deceased, Respondent, v. Fulton Land Company, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer or otherwise move with respect to the complaint herein within ten days after service of a copy of order, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

213 West 35th Street, Inc., Respondent, v. Philip Tiffany and Others, Appellants, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

Max Sanders, Respondent, v. I. A. Wyner & Co., Inc., and Another, Appellants.— Orders, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. Amended complaint to be served within five days after service of order, upon payment by the plaintiff of the costs and disbursements awarded by the court at Special Term. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Application of Edwin Ross Millring, Petitioner, Respondent, against Albert Pleydell, as Commissioner of Purchase of the City of New York, and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Application of Cost Vendramis, Stockholder in the Sword Steamship Line, Inc., for the Appointment of Appraisers to Appraise the Value of His Interest in the Assets Sold to Sword Line, Inc. Cost Vendramis, Respondent; Sword Steamship Line, Inc., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Application of John A. Lyons, as Commissioner of Correction of the State of New York, Petitioner, Respondent, for an Order Directed to Hon. Jonah J. Goldstein, as Judge of the Court of General Sessions, New York County, Appellant, Joseph Bendix, Appellant.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [178 Misc. 155.]